UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

. 11/13/07

--------------------------------------------------x
DEBRA HALL, Individually and on          :
Behalf of All Others Similarly Situated, :          07 Civ. 8252 (SAS)
                                         :
            Plaintiff,                   :
                                         :
    - against –                          :
                                         :
THE CHILDREN'S PLACE RETAIL              :
STORES, INC., et al.,                    :
                                         :
            Defendants.                  :
--------------------------------------------------x
DAVID SALKIN, Individually and on        :
Behalf of All Others Similarly Situated  :          07 Civ. 8708 (SAS)
                                         :
            Plaintiff,                   :
                                         :
    - against –                          :
                                         :
THE CHILDREN'S PLACE RETAIL              :
STORES, INC., et al.,                    :
                                         :
            Defendants.                  :
--------------------------------------------------x

## PROPOSED ORDER

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for

November 27, 2007 at 4:30 p.m., is adjourned to a date and time, to be determined by the

Court, after a consolidated amended complaint is filed and the defendants have answered

or otherwise moved against the complaint.

Dated: New York, New York
        November 12, 2007

SO ORDERED

HON. SHIRA A. SCHEINDLIN
United States District Judge