UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBRA HALL, Individually and on behalf :
of all others similarly situated,

              Plaintiff,

  -against-

THE CHILDREN'S PLACE RETAIL
STORES, INC., EZRA DABAH, HITEN
PATEL, and SUSAN RILEY,

              Defendants.

------------------------------------------------------------x
DAVID SALKIN, Individually and on
behalf of all others similarly situated,

              Plaintiff,

  -against-

THE CHILDREN'S PLACE RETAIL
STORES, INC., EZRA DABAH, HITEN
PATEL, and SUSAN RILEY,

              Defendants.

------------------------------------------------------------x



07 Civ. 8252 (SAS)

07 Civ. 8708 (SAS)

## STIPULATION AND ~~PROPOSED~~ ORDER

    IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to plaintiffs Debra Hall and David Salkin, and defendants Ezra Dabah and Hiten Patel (the "Defendants"), as follows:

1. A consolidated and amended complaint shall be filed 60 days after lead plaintiff is chosen;

2. Defendants have until 60 days thereafter to file a motion to dismiss the consolidated amended complaint;

1

3. Any opposition to the motion to dismiss shall be filed 45 days after the filing of the motion to dismiss; and

4. Defendants shall submit their reply, if any, within 30 days after the filing of the opposition to the motion to dismiss.

Dated: November 19, 2007
New York, New York

COUGHLIN, STOIA, GELLER,
RUDMAN & ROBINS LLP

By: /s/ David A. Rosenfeld / RPS with express permission
Samuel H. Rudman (SR - 7957)
David A. Rosenfeld (DR - 7564)
Mario Alba, Jr. (MA - 7240)
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Attorneys for Plaintiff Debra Hall.*

BRODSKY & SMITH LLC

By: /s/ Evan J. Smith / RPS with express permission
Evan J. Smith (ES - 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977

SCHIFFRIN & BARROWAY LLP
Richard A. Maniskas
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Attorneys for Plaintiff David Salkin.*

ARNOLD & PORTER LLP

By: /s/ Richard P. Swanson
Richard P. Swanson (RS - 6068)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorney for Defendant Hiten Patel.*

DECHERT LLP

By: /s/ Michael J. Gilbert / RPS with express permission
Michael J. Gilbert (MG - 7402)
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500

*Attorney for Defendant Ezra Dabah.*

SO ORDERED:

/s/ Shira A. Scheindlin  11/29/07
The Honorable Shira A. Scheindlin
United States District Judge

2