UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ――――――――――――――――――――x<br>DEBRA HALL, Individually and on Behalf of<br>All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE CHILDREN'S PLACE RETAIL<br>STORES, INC., et al.,<br><br>      Defendants.<br>―――――――――――――――――――― <br>DAVID SALKIN, Individually and on Behalf<br>of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE CHILDREN'S PLACE RETAIL<br>STORES, INC., et al.<br><br>      Defendants.<br>――――――――――――――――――――x | Civil Action No. 1:07-cv-08252-SAS<br><br><u>CLASS ACTION</u><br><br><br><br><br><br><br><br><br>Civil Action No. 1:07-cv-08708-SAS<br><br><u>CLASS ACTION</u> |

### NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that the undersigned hereby appear as counsel of record for Defendants The Children's Place Retail Stores, Inc. and Susan Riley in the above-captioned actions.

Dated: New York, New York
     December 4, 2007

By: _/s/ Anthony J. Albanese_
Jonathan D. Polkes (JP-4265)
Anthony J. Albanese (AA-2595)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Virginia H. Johnson (VJ-7672)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, MA 02110
Telephone: (617) 772-8838
Facsimile: (617) 772-8333

*Counsel for Defendants The Children's Place Retail Stores, Inc. and Susan Riley*

## CERTIFICATE OF SERVICE

I, Virginia H. Johnson, an attorney admitted to this Court, do hereby certify, under penalty of perjury, that I have today caused a copy of the annexed document to be served electronically and by first class mail upon the counsel of record listed on the attached service list.

Dated: Boston, Massachusetts
       December 4, 2007

                                              _____
                                              Virginia H. Johnson

## The Children's Place Retail Stores, Inc.
### Securities Class Action Litigation Service List

| | |
|---|---|
| Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>COUGHLIN, STOIA, GELLER,<br>RUDMAN & ROBBINS LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY  11747<br>Tel.:  (631) 367-7100<br>*Counsel for Plaintiff Debra Hall* | Robert J. Jossen<br>Michael J. Gilbert<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Tel.:  (212) 698-3500<br>*Counsel for Defendant Ezra Dabah* |
| Evan J. Smith<br>BRODSKY & SMITH LLC<br>240 Mineola Boulevard<br>Mineola, NY  11501<br>Tel.:  (516) 741-4977<br>*Counsel for Plaintiff David Salkin* | Richard P. Swanson<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022<br>Tel.:  (212) 715-1179<br>*Counsel for Defendant Hitel Patel* |
| Richard A. Maniskas<br>SCHIFFRIN & BARROWAY LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Tel.:  (610) 667-7706<br>*Counsel for Plaintiff David Salkin* | |