UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DEBRA HALL, Individually And On Behalf Of All Others : Case No. 07-cv-8252 (SAS)
Similarly Situated

                Plaintiff,

                -against-

THE CHILDREN'S PLACE RETAIL STORES, INC.,
EZRA DABAH, HITEN PATEL, SUSAN RILEY

                Defendants.
----------------------------------------X
DAVID SALKIN, Individually And On Behalf Of All : Case No. 07-cv-8708 (SAS)
Others Similarly Situated

                Plaintiff,                    **NOTICE OF APPEARANCE**

                -against-

THE CHILDREN'S PLACE RETAIL STORES, INC.,
EZRA DABAH, HITEN PATEL, SUSAN RILEY

                Defendants.
----------------------------------------

To the Clerk of the Court:

      **PLEASE TAKE NOTICE** that Michael J. Gilbert of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Ezra Dabah in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York        DECHERT LLP
       December 4, 2007

                                    By: __/s/ Michael J. Gilbert_____
                                        Michael J. Gilbert
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                       Tel.:(212) 698-3500
                                       Fax: (212) 698-3599
                                       Attorneys for Ezra Dabah