# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

January 14, 2008

ANTHONY J. ALBANESE
DIRECT LINE (212) 310-8258
E-MAIL: anthony.albanese@weil.com

RECEIVED
CHAMBERS OF
JAN 14 2008
JUDGE SCHEINDLIN

**BY FACSIMILE**

Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1620
New York, NY 10007

> Re: Hall v. The Children's Place Retail Stores, Inc., et al.,
> 07 Civ. 8252 (SAS)
> Salkin v. The Children's Place Retail Stores, Inc., et al.,
> 07 Civ. 8708 (SAS)

Dear Judge Scheindlin:

      We represent defendants The Children's Place Retail Stores, Inc. and Susan Riley in the above-referenced actions. We write to respectfully request that the Court adjourn the initial pretrial conference in this matter, which is currently scheduled for January 31, 2008 at 4:30 p.m.

      Pursuant to the stipulation executed by and between plaintiffs and defendants The Children's Place Retail Stores, Inc. and Susan Riley on October 24, 2007, and entered by the Court on October 30, 2007, plaintiffs' consolidated amended complaint shall be filed 60 days after lead plaintiff is chosen, and defendants have until 60 days thereafter to file a motion to dismiss the consolidated amended complaint. See Exhibit A attached hereto. A stipulation setting forth identical deadlines was executed by and between plaintiffs and defendants Ezra Dabah and Hiten Patel on November 29, 2007, and entered by the Court on that date. See Exhibit B attached hereto.

      In light of the stipulated schedule, the parties previously sought an extension of the initial pretrial conference in this matter. On November 13, 2007, the Court entered two orders adjourning the initial pretrial conference. One of the Orders states that the conference shall be adjourned to a date and time, to be determined by the Court, after a consolidated amended complaint is filed and the defendants have answered or otherwise moved against the complaint. See Exhibit C attached hereto. The other Order, also entered on November 13, 2007,

**WEIL, GOTSHAL & MANGES LLP**

Hon. Shira A. Scheindlin
United States District Judge
January 14, 2008
Page 2

states that the conference shall be adjourned to January 31, 2008 at 4:30 p.m. *See* Exhibit D attached hereto.

  On December 14, 2007, the *Hall* and *Salkin* actions were consolidated. *See* Exhibit E attached hereto. The December 14, 2007 Order also approved the appointment of the Northern Nevada Laborers Fund as lead plaintiff and the appointment of Coughlin Stoia Geller Rudman & Robbins LLP as lead plaintiffs' counsel in the consolidated actions.

  Accordingly, based upon the parties' stipulated schedule and the rulings set forth in the Court's December 14, 2007 Order, plaintiffs' consolidated amended complaint must be filed by February 14, 2008, and defendants' motion to dismiss the complaint must be filed by April 14, 2008.

  In light of the parties' stipulation and the Court's December 14, 2007 Order, we write to respectfully request that the initial pretrial conference currently scheduled before Your Honor on January 31, 2008 be adjourned to a date and time that is convenient for the Court, after the consolidated amended complaint has been filed and all of the defendants have answered or otherwise moved against the complaint (which shall not occur before April 14, 2008). A proposed Order adjourning the conference is attached hereto as Exhibit F. We have spoken to counsel for plaintiffs and for defendants Ezra Dabah and Hiten Patel, and they consent to this request. This is the second request for an adjournment.

Respectfully submitted,

*[signature]*

Anthony J. Albanese

Enclosures

*Defendants' request is denied. The parties are directed to appear for an initial pretrial conference before the Court on Jan. 31, 2008, at 4:30 p.m.*

*SO ORDERED:*

Date: 1/14/08

*[signature]*
Shira A. Scheindlin, USDJ

C:\DOCUME~1\PERALTAJ\LOCALS~1\TEMP\NOTES4108FD\THE CHILDREN'S PLACE -- SECURITIES LITIG. -- LETTER REQUESTING ADJOURNMENT OF 1_31_08 CONFERENCE_#1535428 DOC

WEIL, GOTSHAL & MANGES LLP

Hon. Shira A. Scheindlin
United States District Judge
January 14, 2008
Page 3

cc:  Samuel H. Rudman, Esq. (via facsimile)
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
*Counsel for Lead Plaintiff Northern Nevada Laborers Fund*

Richard P. Swanson, Esq. (via facsimile)
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000
*Counsel for Defendant Hiten Patel*

Robert J. Jossen, Esq. (via facsimile)
Michael J. Gilbert, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500
*Counsel for Defendant Ezra Dabah*