UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DEBRA HALL, Individually and on behalf   :
of all others similarly situated,            :
                                            :
           Plaintiff,           :
                                            :
        -against-               :               07 Civ. 8252 (SAS)
                                            :
THE CHILDREN'S PLACE RETAIL       :
STORES, INC., EZRA DABAH, HITEN     :
PATEL, and SUSAN RILEY,           :
                                            :
          Defendants.        :
                                            :
------------------------------------------------------x
DAVID SALKIN, Individually and on      :
behalf  of all others similarly situated,    :
                                            :
           Plaintiff,           :
                                            :
        -against-               :               07 Civ. 8708 (SAS)
                                            :
THE CHILDREN'S PLACE RETAIL       :
STORES, INC., EZRA DABAH, HITEN     :
PATEL, and SUSAN RILEY,           :
                                            :
          Defendants.        :
                                            :
------------------------------------------------------x

## <u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Richard P. Swanson, a member of the firm of Arnold &

Porter LLP, hereby appears as counsel of record for defendant Hiten Patel in the above-

referenced actions and hereby requests notice of all matters in those actions.

Dated: January 18, 2008
      New York, New York

Respectfully submitted,

ARNOLD & PORTER LLP


By:    /S/ Richard P. Swanson
           Richard P. Swanson (RS - 6068)
           399 Park Avenue
           New York, New York 10022
           (212) 715-1000 (Tel)
           (212) 715-1399 (Fax)

*Attorney for Defendant Hiten Patel.*